# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-342

_____

ERICK U. GALICIA,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chairman.

March 11, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Erick Galicia, pro se, Appellant.

Norman A. Blessing, General Counsel, Amanda L. Neff, Deputy General Counsel, and Cristina A. Velez, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.